UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **MARK SCOTT,** | : | VIOLATION:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about May 31, 2005, within the District of Columbia, **MARK SCOTT**, having been

convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior

Court Criminal Case No. F7311-94, did unlawfully and knowingly receive and possess a firearm,

that is, a Maverick 12 gauge shotgun, and did unlawfully and knowingly receive and possess

ammunition, that is, Remington 12 gauge shotgun shells, which had been possessed, shipped and

transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime
> Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18,
> United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia