UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-414 (PLF)** |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| **MARK SCOTT,** | : | Ammunition by a Person Convicted of a Crime |
| **Defendant.** | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 22 D.C.C. §3002(1) and §3018 |
| | : | (Attempted First Degree Sexual Abuse) |

### S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about May 31, 2005, within the District of Columbia, **MARK SCOTT**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F7311-94, did unlawfully and knowingly receive and possess a firearm, that is, a Maverick 12 gauge shotgun, and did unlawfully and knowingly receive and possess ammunition, that is, Remington 12 gauge shotgun shells, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about May 31, 2005, within the District of Columbia, MARK SCOTT, attempted to engage in a sexual act with Kimberly Willis, that is, contact between MARK SCOTT's penis and Kimberly Willis' mouth, by using force against Kimberly Willis.

(**Attempted First Degree Sexual Abuse**, in violation of Title 22, District of Columbia Code, Sections 3002(1) and 3018)

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        CATHERINE CONNELLY
        Assistant United States Attorney
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4844
        Washington, D.C. 20530
        (202) 616-3384