AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

**FILED**
JAN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
v.
Mark Scott

WAIVER OF INDICTMENT

CASE NUMBER: CR 05-414 (PLF)

I, _Mark Scott_, the above named defendant, who is accused of

18:922(g)(1) Unlawful poss of a firearm & ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year - Ct 1;

22 DCC 3002(1) and 3018 Attempted first degree sexual assault - Ct 2;

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _January 26, 2006_ (superseding) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer