IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-414 (PLF) |
| ) | |
| MARK SCOTT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**MOTION TO CONTINUE SENTENCING**

Defendant, Mark Scott, through undersigned counsel, respectfully requests that the Court reschedule the sentencing currently scheduled for April 19, 2006 at 9:30 a.m.

In support of this motion, counsel for Mr. Scott submits the following:

1. Counsel for the government does not oppose this request.

2. Mr. Scott has recently been placed under observation by the medical staff at the D.C. Jail to assess his mental health. Counsel for Mr. Scott would like to further investigate Mr. Scott's mental health situation. Counsel would also like additional time within which to review the presentence investigation report with Mr. Scott.

Wherefore, Mr. Scott, respectfully requests that sentencing be rescheduled to a date convenient for the Court. Counsel for Mr. Scott and counsel for the government, Catherine Connelly, are available on any date the week of June 5, 2006 and are available June 13, 14, and 16, 2006.

Mr. Scott further requests he be permitted to submit the receipt and acknowledgment concerning the presentence investigation report to the Probation Office no later than April 20,

2006, after Mr. Scott has been evaluated by a doctor.

Mr. Scott further requests that any defense sentencing memorandum be filed ten days before sentencing in this matter and any government memorandum or response be filed five days before sentencing in this matter.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500


**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served upon Assistant United States Attorney Catherine Connelly by electronic means this 6th day of April, 2006.


_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender