IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**        ) | |
| )| |
| **Plaintiff,**        ) | |
| ) | |
| v.        ) | Cr. No. 05-414 (PLF) |
| ) | |
| **MARK SCOTT,**        ) | |
| ) | |
| **Defendant.**        ) | |
| _____) | |

**ORDER**

Upon consideration of defendant Mark Scott's motion to continue the sentencing, it is hereby

ORDERED that defendant Scott's Motion is granted; and it is further

ORDERED that the sentencing currently scheduled for April 19, 2006 at 9:30 a.m. is rescheduled for _____ 2006, at _____; and it is further

ORDERED that Mr. Scott shall submit his receipt and acknowledgment concerning the pre-sentence report investigation to the Probation Office no later than April 20, 2006; and it is further

ORDERED that any defense sentencing memorandum be filed ten days before sentencing in this matter and any government memorandum or response be filed five days before sentencing in this matter.

SO ORDERED this _____ day of _____, 2006.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies to:  Tony Axam, AFPD
　　　　　　Catherine Connelly, AUSA
　　　　　　Michael Pendersl, USPO