# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK SCOTT, )<br>)<br>Defendant. )<br>_____) | Cr. No. 05-414 (PLF) |

## ORDER

Upon consideration of defendant, Mark Scott's, Motion to Withdraw Guilty Plea and the Incorporated Memorandum of Points and Authorities, the government's opposition thereto, and any hearing in this matter,

It is this _____ day of _____, 2006, hereby

ORDERED that defendant Mark Scott's Motion is granted and his guilty plea to Count Two of the Information is withdrawn; and it is further

ORDERED that the sentencing date in this matter is vacated.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies to:

Catherine Connelly
Assistant United States Attorney
Narcotics Section
555 4th St., N.W.
Washington, D.C. 20530

Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004