UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-414(PLF)** |
| | : | |
| v. | : | |
| | : | |
| **MARK SCOTT** | : | |

**ORDER**

Upon consideration of the Defendant's Motion to Withdraw Guilty Plea, the Government's Opposition thereto, and the entire record herein, it is hereby ORDERED

The Defendant's Motion is DENIED.

Date:_____                    _____
                                         PAUL L. FRIEDMAN
                                         UNITED STATES DISTRICT JUDGE

cc:

Catherine K. Connelly
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530

Tony Axam
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004