UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.  05-414(PLF) |
| | : | |
| v. | : | |
| | : | |
| **MARK SCOTT** | : | |

**<u>ORDER</u>**

WHEREUPON, having considered the Government's Motion for Guidelines Credit, and the record before the court, it is hereby

**ORDERED**, that the Government's motion is hereby GRANTED.

_____
Paul L. Friedman
United States District Judge

cc:

Catherine K. Connelly
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530

Tony Axam.
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004