### HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0414</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Scott, Mark | : | Disclosure Date: <u>March 14, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(X)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        3/16/06
Prosecuting Attorney              Date

### For the Defendant
(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____
Defendant           Date          Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 28, 2006</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

Receipt and Acknowledgement, page 2

Part A, paragraph 5

The government agreed to forego seeking any increases in the defendant's base offense level.

Part A, paragraph 12

The United States Attorney's Office spoke to the victim on March 8, 2006. The victim indicated that she completed a victim impact statement, and that she planned to mail it to the United States Attorney's Office. When the victim impact statement arrives, it will be provided to defense counsel and the Court.

_____
Assistant United States Attorney

3/16/06
Date



U.S. Department of Justice
United States Attorney
District of Columbia

Judiciary Center
555 Fourth St. N.W.
Washington, D.C. 20530

# FAX

| | | | |
|---|---|---|---|
| To: | Michael Penders | From: | Kate Connelly |
| Fax: | 273-0242 | Phone: | 616-3384 |
| Date: | March 16, 2006 | | |
| Re: | Mark Scott | | |
| Page(s): | 3   including cover | | |

COMMENTS:

**U.S. ATTORNEY FACSIMILE COMMUNICATION**

**WARNING:** *Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*