HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA : Docket No.: <u>CR-05-0414</u>

JUL 2 8 2006

vs. : SSN:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Scott, Mark : Disclosure Date: <u>March 14, 2006</u>

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       _____
**Prosecuting Attorney**                       **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_/s/ Mark Scott_  3/27/06       _/s/_  3/27/06
**Defendant**      **Date**      **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 28, 2006</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:** Richard A. Houck, Jr., Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A.J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

July 14, 2006

Mr. Michael Penders
United States Probation Officer
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:     U.S. v. Mark Scott 05-414 (PLF)

Dear Mr. Penders:

Attached please find the Receipt and Acknowledgment of the Presentence Investigation Report signed by Mr. Scott and me, indicating that there is material factual inaccuracy in the presentence report.
Specifically, in paragraph 19 and 20 you indicate that the most analogous guideline to the substantive offense to which Mr. Scott pled guilty is U.S.S.G. §2A4.1(a) (Kidnapping, Abduction, Unlawful Restraint). Mr. Scott submits that U.S.S.G. §2A4 is not applicable in his case. Mr. Scott pled guilty to attempted sexual abuse, which more closely parallels U.S.S.G. §2A3 (Criminal Sexual Abuse; Attempt to Commit Criminal Sexual Abuse).
Under U.S.S.G. §2A3, the base offense level is 30; four points are added under U.S.S.G. §2A3.1(b)(5), thereby yielding a total offense level of 34 and not 40 as calculated in the current presentence investigation report. Subtracting 3 points for acceptance of responsibility yields a an adjusted offense level of 31. A criminal history category of five yields a sentencing guideline range of 168 to 210 months.

Additionally, on page two (and paragraph 66) Mr. Scott's date of birth should be reflected as 10/28/67 and Mr. Scott's address should be reflected as 2693 Jay Street, NE Apt. 202, Washington DC 20018.
Paragraph 5 should indicate ". . . the government agreed to **forego** seeking any increases in the defendant's base offense level."
Paragraph 8 should not include the last two sentences, as Mr. Scott did not agree to those statement as part of the factual proffer in this case.
Mr. Scott objects to the inclusion of all of the information contained in paragraph 13. Though Mr. Scott recognizes the Court may review information from many different sources during a sentencing hearing, the inclusion of letters that predate the offense in this matter by nearly one and one half years is not a statement of victim impact and is not properly included in the presentence investigation report as it relates to the events on 11/17/05.
Paragraph 38 contains allegations that on 7/30/94, Mr. Scott assaulted the complainant by

breaking a bottle over her head, punching and kicking her and that he also raped the complainant. Mr. Scott objects to the inclusion of these allegations. He was acquitted of this conduct in a trial.

Mr. Scott would like for the PSI to reflect that he was born with epilepsy and has had occasional seizures throughout his life and that he currently suffers from asthma.

Thank you for the opportunity to respond to the presentence report.

Sincerely,

Tony Axam, Jr.
Assistant Federal Defender

cc: Catherine Connelly, Esq.
Assistant U.S. Attorney