IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-414 (PLF) |
| | ) | |
| MARK SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**

AUG 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Pursuant to the hearing held in open court on August 2, 2006, and upon consideration of the parties' joint motion to quash warrant, it is by the Court hereby

ORDERED that the warrant issued in November, 2005 is QUASHED.

**SO ORDERED.**

Dated: August 2, 2006

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE